UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. A. NO. 09-00112-01-03 |
| VERSUS | JUDGE ROBERT G. JAMES |
| J. JEFFREY PRUETT, LOUISIANA LAND & WATER CO., AND LWC MANAGEMENT CO., INC. | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

This matter is currently scheduled for trial on August 17, 2010, and is anticipated to last between three and three and one-half weeks. However, on June 3, 2010, at the conclusion of a one and one-half week trial, the jury notified the Court that it was unable to reach a verdict in *United States v. Jones*, 08-00023, and the Court declared a mistrial. Given the age of the *Jones* case, the schedules of counsel, and the Court's heavy criminal docket, pursuant to 18 U.S.C. § 3161(h)(8), the Court found that it was in the interest of justice to set the re-trial of *United States v. Jones* on August 16, 2010. Because of the length of that trial, it will be impossible for the Court to try both it and this matter prior to the end of August. Accordingly,

IT IS ORDERED that trial in this matter is CONTINUED WITHOUT DATE.

IT IS FURTHER ORDERED that a telephone scheduling conference is set before the undersigned for June 14, 2010, at 3:00 P.M. Counsel for the Government should initiate the call

---

and notify Chambers at (318) 322-6230 when all counsel are present.

MONROE, LOUISIANA, this 7th day of June, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE