IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 09-00112 |
| | * | |
| | * | |
| VERSUS | * | 18 U.S.C. § 2 |
| | * | |
| | * | 33 U.S.C. § 1311(a) |
| | * | 33 U.S.C. § 1319(c)(2) |
| J. JEFFREY PRUETT, | * | |
| LOUISIANA LAND & WATER COMPANY, | * | JUDGE JAMES |
| LWC MANAGEMENT COMPANY, INC. | * | MAGISTRATE HAYES |

## ORDER

Having considered the foregoing motion, **IT IS ORDERED** that Tom Walsh be enrolled as one of the attorneys of record for the government.

_____
THE HONORABLE KAREN HAYES
United States Magistrate Judge
Western District of Louisiana
Monroe Division

Signed this 27th day of September, 2010.