UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**JANUARY 21, 2011**

**HONORABLE ROBERT G. JAMES,** JUDGE PRESIDING
**DEBBIE LOWERY,** COURT REPORTER
**DEBBIE DICKERSON,** MINUTE CLERK
**KAYLA MAY**, LAW CLERK

COURT OPENED AT 9:00 **A.M.**         COURT ADJOURNED AT **2:20 P.M.**
Statistical Time: Court time 2 Hours 55 Minutes     2nd Charge Conference 50 Minutes

**MINUTES OF COURT**

CASE NO.  **3:09CR00112-01**
DEFENDANT: **J. JEFFREY PRUETT; LOUISIANA LAND & WATER CO; LWC MANAGEMENT COMPANY, INC.**
GOVERNMENT COUNSEL: Earl M. Campbell & Thomas C. Walsh, Jr.
DEFENSE COUNSEL: J. Michael Small and Michael Allyn Stroud

**CASE CALLED FOR:**   JURY TRIAL

(X) TRIAL WITH JURY 8th DAY

PROCEEDINGS:

(X) TESTIMONY AND EVIDENCE BY DEFENDANT CONCLUDED
(X) REBUTTAL TESTIMONY AND EVIDENCE
(X) EVIDENCE CLOSED

FILINGS:

COMMENTS: Another Charge Conference held this date. Closing arguments will begin Monday, January 24, 2011, at 9:00 A.M.